**FILED**

03/17/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0362

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 20-0362

_____

MASTERS GROUP INTERNATIONAL, INC.,

      Third-Party Plaintiff and Appellee,

V.

COMERICA BANK,

      Third-Party Defendant and Appellant.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Ray Dayton, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 17 2021